909 A.2d 284

IN THE MATTER OF HERBERT F. LAWRENCE,
AN ATTORNEY AT LAW.

November 1, 2006.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **HERBERT F. LAWRENCE** of **NEPTUNE CITY**, who was admitted to the bar of this State in 1970, and who was suspended from the practice of law for a period of six months effective December 1, 2005 by Order of this Court filed November 3, 2005, be restored to the practice of law, effective immediately.

909 A.2d 284

IN THE MATTER OF RUSSELL T. KIVLER,
AN ATTORNEY AT LAW.

November 2, 2006.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **RUSSELL T. KIVLER** of **TRENTON**, who was admitted to the bar of this State in 1973, and who was temporarily suspended from the practice of law by Order of this Court filed on October 13, 2006, be restored to the practice of law, effective immediately.